## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE


Richard Rene Brunelle

                    Plaintiff,

v.                                         Case No.: 3:20–cv–00982

CoCo's Italian Market, et al.

                    Defendant,

## **ENTRY OF JUDGMENT**


     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/13/2022 re [43].


Lynda M. Hill
s/ Kim Chastain, Deputy Clerk
